# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| STEVEN SAMUEL BRAUNSTEIN,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 80251 |

FILED

JAN 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion and order for transportation of inmate for court appearance, or in the alternative, for appearance by telephone or video conference and motion for appointment of attorney. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule permits an appeal from an order denying a motion and order for transportation of inmate for court appearance, or in the alternative, for appearance by telephone or video conference and motion for appointment of attorney, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.        _____, J.
Stiglich                                        Silver

cc:    Hon. Stefany Miley, District Judge
Steven Samuel Braunstein
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A